# IN THE COURT OF APPEALS OF IOWA

No. 13-1865
Filed December 24, 2014

**OSHLO WILKINSON DAIRY QUEEN,**
**An Iowa Partnership,**
      Plaintiff-Appellee,

**vs.**

**GUY BLUME,**
      Defendant-Appellant.
_____

Appeal from the Iowa District Court for Pottawattamie County, Gregory W. Steensland, Judge.

A franchisee appeals the district court's denial of his motion for summary judgment and the grant of summary judgment to franchisor Dairy Queen. **AFFIRMED.**

Guy Blume, Altura, Minnesota, appellant pro se.

Robert M. Livingston of Stuart Tinley Law Firm, L.L.P., Council Bluffs, for appellee.

Considered by Danilson, C.J., and Doyle and Tabor, JJ.

**PER CURIAM**

Having reviewed the record in this matter, we affirm the district court orders in their entirety without opinion pursuant to Iowa Rule of Appellate Procedure 6.1203 subsections (a) and (d).

**AFFIRMED.**